JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| TATUL GALFAYAN, an individual; and CHRISTINA ALEKSANIAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation and DOES 1 TO 25, inclusive.<br><br>　　　　　　Defendants. | Case No. 2:23−cv−01991 RGK (SKx)<br>[LASC Case No.: 23CHCV00416]<br><br>Complaint Filed: February 14, 2023<br><br>[PROPOSED] JUDGMENT<br><br>U.S District Judge: R. Gary Klausner<br>Magistrate Judge: Steve Kim |

Pursuant to the jury's verdict and the Court's orders on Defendant State Farm General Insurance Company's ("State Farm" or "Defendant") motion for summary judgment, it is ORDERED AND ADJUDGED as follows:

1. Judgment is entered for State Farm and against Plaintiffs Tatul Galfayan and Christina Aleksanian (collectively "Plaintiffs") on Plaintiffs' breach of contract claim.

2. Judgment is entered for State Farm and against Plaintiffs on Plaintiffs' breach of the implied covenant of good faith and fair dealing claim.

///

3. Judgment is entered for State Farm and against State Farm in Plaintiffs' claim for punitive damages.

4. State Farm shall have 7 days from the entry of this order to file an application to tax costs with the clerk of court.

IT IS SO ORDERED.

Dated: **1/25/2024**

*[signature: Gary Klausner]*

R. GARY KLAUSNER
United States District Judge